IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-147-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JAMAL LAMONT SIMS, ) | |
| ) | |
| Defendant. ) | |

The court CONTINUES the sentencing of Jamal Lamont Sims to this court's August 2022 term of court due to a delay in transporting Sims to the Eastern District of North Carolina.

SO ORDERED. This 17 day of June, 2022.

JAMES C DEVER III
United States District Judge