UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jamal Lamont Sims**                    **Docket No. 5:19-CR-147-1D**

### Petition for Action on Supervised Release

COMES NOW Brittany N. Simmons, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jamal Lamont Sims, who, upon an earlier plea of guilty to Count 1 - Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(I) 924(a)(2) and Count 2 - Possession of Marijuana, in violation of 21 U.S.C. § 844(a), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on February 18, 2020, to the custody of the Bureau of Prisons for a term of 78 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Jamal Lamont Sims was released from custody on June 6, 2025, at which time the term of supervised release commenced in the Eastern District of New York. Supervision was transferred to the Eastern District of North Carolina on June 16, 2025.

On July 7, 2025, a Violation Report was submitted advising of the defendant using marijuana. It was recommended that Sims complete a substance abuse assessment and participate in the Surprise Urinalysis Program.

On September 4, 2024, a Violation Report was submitted advising of the defendant using marijuana. It was recommended that Sims continue in substance abuse treatment. The defendant was also to continue in the Surprise Urinalysis Program.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On February 1, 2026, the defendant tested positive for the use of marijuana. The defendant is currently engaged in substance abuse treatment. It is recommended that the defendant complete 30 days of curfew with location monitoring, as a result of the new use.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Case 5:19-cr-00147-D    Document 93    Filed 03/03/26    Page 1 of 2

**Jamal Lamont Sims**
**Docket No. 5:19-CR-147-1D**
**Petition For Action**
**Page 2**

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ John Seth Coleman
John Seth Coleman
Supervising U.S. Probation Officer

/s/ Brittany N. Simmons
Brittany N. Simmons
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8669
Executed On: February 27, 2026

## ORDER OF THE COURT

Considered and ordered this ___*2*___ day of ___*March*___, 2026, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge